**In re The TRUST OF Deanna S. SESTO; Thomas Sesto, Appellant,**

v.

**Francine CHESWICK, Respondent.**

**No. WD 75583.**

Missouri Court of Appeals, Western District.

May 13, 2014.

Patrick J. Doran, Kansas City, MO, for appellant.

Gregory E. Eufinger, Jr., Kansas City, MO, for respondent.

Before Division One: ALOK AHUJA, P.J., and THOMAS H. NEWTON and ANTHONY REX GABBERT, JJ.

### ORDER

PER CURIAM:

Thomas Sesto appeals from a judgment of the Circuit Court of Platte County which removed him as co-trustee of a trust

---

created by his late wife, denied him financial support from the trust, and ordered that he turn over certain personal property to his deceased wife's children from a prior marriage. We affirm. Because a published opinion would have no precedential value, we have provided the parties with an unpublished memorandum setting forth the reasons for this order. Rule 84.16(b).